# PIERRE PIERRE LAW, P.C.

| NEW YORK OFFICE: | FLORIDA OFFICE: |
|---|---|
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd fl., Ste 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence | |

January 13, 2026

Honorable Robert W. Lehrburger                    **Letter Motion:**
United States Magistrate Judge                    **Extension of Time Request**
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Peter L. Johnson v. Comm'r of SSA  1:25-cv-07316-RWL**

Dear Honorable Judge Lehrburger:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Opening Brief is due on January 15, 2026.  Due to multiple briefs coming due on or about the same date as a result of the end of administrative stays connected to the restoration of government funding, Plaintiff has not been able to timely prepare the brief in this matter.  Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including March 16, 2026.  The Defendant has given consent and further requests that the date for his Response be extended to May 15, 2026, which is 60 days after Plaintiff's due date. No previous request for an extension has been made in this case.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,                    Granted.  Plaintiff's brief shall be filed
                                           by March 16, 2026; Commissioner's
/s/Eddy Pierre Pierre                      brief shall be filed by May 15, 2026;
Eddy Pierre Pierre, Esq.                   Plaintiff's reply, if any, shall be filed
Attorney for Plaintiff                     by June 5, 2026.
(646) 992-8383
(718) 504-6962 fax                         SO ORDERED:

                                           1/16/2026

                                           HON. ROBERT W. LEHRBURGER
                                           UNITED STATES MAGISTRATE JUDGE

Cc:  Candace Brown Casey, Esq.   (Via ECF)
        Attorney for Defendant.