# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd fl., Ste 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence | |

March 13, 2026

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Letter Motion:**
**Second Extension of Time**
**Request**

**Re: Peter L. Johnson v. Comm'r of SSA  1:25-cv-07316-RWL**

Dear Honorable Judge Lehrburger:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Opening Brief is due on March 16, 2026.  Due to recent unplanned leave of office and a larger than usual workload due to staffing, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request a second extension of 45 days, through and including April 30, 2026.  The is Plaintiff's second request for an extension in this case. The Defendant has given consent.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:  Candace Brown Casey, Esq.   (Via ECF)
        Attorney for Defendant.

Granted.  No further extensions.

SO ORDERED:

3/13/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE