**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
PETER L. JOHNSON,

                              Plaintiff,                    25 **CIVIL** 7316 (RWL)

      -v-                                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 25, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision.

**Dated:**  New York, New York

       June 29, 2026

                                          **TAMMI M. HELLWIG**

                                    _____

                                         **Clerk of Court**

                  **BY:**                K. Mango

                                  _____

                                         **Deputy Clerk**